IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : 1:21CR443-1 |
| | : |
| JASON JEROME COBB | : |

The Grand Jury charges:

## COUNT ONE

On or about September 16, 2020, in the County of Guilford, in the Middle District of North Carolina, JASON JEROME COBB knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT TWO

On or about July 1, 2021, in the County of Guilford, in the Middle District of North Carolina, JASON JEROME COBB knowingly and intentionally did unlawfully distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance

within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

DATED: December 13, 2021

SANDRA J. HAIRSTON
United States Attorney

BY: RANDALL S. GALYON
Assistant United States Attorney

A TRUE BILL:

███████████████

FOREPERSON

2

Case 1:21-cr-00443-UA   Document 1   Filed 12/14/21   Page 2 of 2