IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:21-CR-443 |
| | ) | |
| JASON JEROME COBB | ) | |

### ORDER ON MOTION FOR RETURN OF FIREARMS

This matter coming before the court on Defendant's Motion for Return of Firearms, and for good cause shown, it is hereby **ORDERED** that the black Glock handgun, serial number G2215US and silver and pink Sky CPx2 handgun, serial number 945851, property of Ms Sheena Jackson, be returned to her.

This the 29th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE

1